# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BARBARA A. HARKINS** a/k/a **BARBARA A. CORSO**
and **PHILIP A. HARKINS,**
Appellants,

v.

**U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BNC1,**
Appellee.

No. 4D18-3242

[October 24, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 43-2016-CA000454-CAAXMX.

Kendrick Almaguer and Lanzce A. Francis of The Ticktin Law Group, Deerfield Beach, for appellants.

Nicholas S. Agnello of Burr & Forman LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***